No. 82–24. FEDERAL TRADE COMMISSION *v.* FRANCIS FORD, INC. C. A. 9th Cir. Certiorari denied. JUSTICE WHITE and JUSTICE O'CONNOR would grant certiorari. ■■■